# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

L&D ENTERPRISES,

    Plaintiff,

v.                                                               Case No: 5:15-cv-58-Oc-30PRL

CITY OF EUSTIS, FLORIDA,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Reserve Jurisdiction, Stipulation of Dismissal and Supporting Memorandum (Dkt. #14).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Joint Motion to Reserve Jurisdiction, Stipulation of Dismissal and Supporting Memorandum (Dkt. #14) is GRANTED.

2.    This cause is dismissed with prejudice.

3.    The Court reserves jurisdiction for a period of one (1) year to enforce the terms of the settlement agreement.

4.    Any pending motions are denied as moot.

5.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of May, 2015.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record